```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION
```

THOMAS HUFFMASTER                                              PLAINTIFF

VS.                                CIVIL ACTION NO. 3:07CV676TSL-JCS

CHARLES FOSTER, ET AL.                                        DEFENDANTS

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 16th day of May, 2008.

```
                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE
```